## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO, | ) |
| | ) CASE NO. C13-0774-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER STRIKING *IN FORMA* |
| | ) *PAUPERIS* APPLICATION AND |
| STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | ) DISMISSING CASE |
| | ) |
| Defendant. | ) |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), his complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is STRICKEN and this case is DISMISSED, with prejudice; and

(3) The Clerk shall send a copy of this Order to plaintiff.

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -1

01       DATED this 5th day of June, 2013.

                                          _____
                                          Marsha J. Pechman
                                          Chief United States District Judge

02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER STRIKING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING CASE
PAGE -2